No. 914. ORLANDO LEE CLEVELAND v. ROBERT MATTINGLY, JUDGE, ETC. April 16, 1923. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. T. Morris Wampler* for petitioner. No appearance for respondent.

No. 929. CENTRAL UNION TRUST COMPANY OF NEW YORK v. WILLIAM H. EDWARDS, AS COLLECTOR, ETC. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John M. Perry* and *Mr. Arthur H. Van Brunt* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for respondent.

No. 965. DUNCAN BEATON v. DULUTH, WINNIPEG & PACIFIC RAILWAY COMPANY. April 16, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. Frederick M. Miner* for petitioner. *Mr. W. D. Bailey, Mr. Oscar Mitchell* and *Mr. A. C. Gillette* for respondent.

No. 969. CUNO H. RUDOLPH ET AL., COMMISSIONERS, ETC. v. CHARLES E. HUNT ET AL. April 16, 1923. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. F. H. Stephens, Mr. R. L. Williams* and *Mr. George P. Barse* for petitioners. No appearance for respondents.

No. 873. T. J. BELL v. UNITED STATES. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jed C. Adams*

and *Mr. W. B. Harrell* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 896. JAMES C. DAVIS, AS AGENT, ETC. *v.* CHARLES HAREFORD. Error to the Supreme Court of the State of Arkansas. April 23, 1923. Petition for a writ of certiorari herein denied. *Mr. A. W. Smith, Mr. Vincent M. Miles, Mr. Thomas B. Pryor* and *Mr. A. A. McLaughlin,* for plaintiff in error, in support of the petition. *Mr. Robert A. Rowe,* for defendant in error, in opposition to the petition.

---

No. 915. YOUNG MEN'S CHRISTIAN ASSOCIATION OF COLUMBUS, OHIO, ET AL. *v.* ORA DAVIS ET AL. April 23, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied. *Mr. Frank Davis, Jr., Mr. Henry A. Williams, Mr. Guy W. Mallon* and *Mr. James I. Boulger* for petitioners. *Mr. Arthur I. Vorys* for respondents. [See *ante,* 739.]

---

No. 920. NEW YORK LIFE INSURANCE COMPANY *v.* MARION C. SLOCOMB. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Louis H. Cooke* for petitioner. *Mr. Arthur E. Griffin* for respondent.

---

No. 921. NEW YORK LIFE INSURANCE COMPANY *v.* GRACE G. RUTHERFORD. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Louis H. Cooke* for petitioner. No appearance for respondent.